FILED
2026 Sep-15 AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| AMY ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-1985-MHH-GMB |
| | ) | |
| SHERIFF ROCKY HARNEN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

On July 14, 2026, the Magistrate Judge entered a report in which he recommended that the Court find that Ms. Allen's amended petition for a writ of habeas corpus is moot. (Doc. 46). The Court has not received objections to the report. After consideration of the record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. Because Ms. Allen's request for relief is moot, by separate order, the Court will dismiss this matter.

A district court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Ms. Allen's petition does not satisfy

either standard. If Ms. Allen would like a certificate of appealability she must request one from the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 22(b); 11th Cir. R. 22-1(b).

**DONE and ORDERED this September 15, 2026.**

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE